UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ROBERT L. ARCTIC,

Petitioner,

v.

ROB MUNDT, Warden,

Respondent.

Civil No. 01-1998 (RHK/JMM)

ORDER

On November 1, 2001, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that he is being confined at the Federal Correctional Institution, Waseca, Minnesota, in violation of federal law and the Constitution.

The Respondent is directed to make a Return in writing on or before November 30, 2001, showing the true cause of Petitioner's confinement, the expected duration of Petitioner's confinement, and any just reason(s) for not granting the writ.

The Return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement and the expected duration of such confinement;

2) A reasoned memorandum of law and fact fully stating Respondent's legal position on the issues raised in the petition, and Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in light of statutory requirements and other pertinent authority; and

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the petition.

FILED NOV 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court will entertain a motion to grant the relief requested in the Petition if a written Return is not filed by November 30, 2001, as required by this Order.

IT IS FURTHER ORDERED THAT upon the filing of this Order, the parties shall await the further order of this Court.

Dated: November 6, 2001.

JOHN M. MASON
United States Magistrate Judge