ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1998 (RHK/JMM)

| | | |
|---|---|---|
| ROBERT L. ARTIC, Petitioner, v. ROB MUNDT, Warden, Respondent. | ) | ORDER |

The above-entitled matter is before the undersigned United States Magistrate Judge pursuant to Respondent's request for enlargement of time. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's Motion is GRANTED, and that respondent shall be granted until December 11, 2001 to prepare and submit its return to the Petition.

Dated: 12/4/01

JOHN M. MASON
United States Magistrate Judge

DEC 04 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK