UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT L. ARTIC, CIVIL NO. 01-1998 (RHK/JMM)

Petitioner,

v. ORDER

ROB MUNDT, Warden, Federal Correctional Institution, Waseca, MN.

Respondent.

On January 2, 2001 Petitioner in the above entitled matter submitted a Motion For Enlargement of Time requesting an extension of time in which to file a response to Respondent's Objection to Petitioner's Habeas Corpus Petition [Docket No. 6].

Based upon the above, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Petitioner's Motion for Enlargement of Time be granted in part. On or before February 10, 2002 Petitioner shall submit a response to Respondent's Objection to Petitioner's Habeas Corpus Petition.

Dated: January 2, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK