UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1998 (RHK/JMM)

| | | |
|---|---|---|
| ROBERT L. ARTIC, Petitioner, | ) | ORDER APPOINTING COUNSEL |
| v. | ) | |
| ROB MUNDT, Warden, Respondent. | ) | |

Following a request by petitioner Robert Artic, it is hereby Ordered that the Federal Public Defender is appointed to represent Mr. Artic in the pending, above-captioned habeas corpus case. The Court finds that such an appointment is appropriate pursuant to 18 U.S.C. 3006A(a)(2).

Date: ~~2/6/03~~ 2/7/02

Honorable John M. Mason
United States Magistrate Judge

FILED FEB 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______