UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1998 (RHK/JMM)

| | | |
|---|---|---|
| ROBERT L. ARTIC, Petitioner, | ) | |
| v. | ) | ORDER |
| ROB MUNDT, WARDEN Respondent. | ) | |

It is hereby ordered that petitioner's response to respondent's objections to petitioner's Habeas Corpus petition should now be due on or before February 25, 2002. The additional time is necessary for newly appointed counsel to prepare to represent Mr. Artic in the above-captioned case.

DATED: 2/7/02

Honorable John M. Mason
United States Magistrate Judge

FEB 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK