UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT LEE ARCTIC,

Petitioner,

v.

ROBERT MUNDT, Warden
and F.C.I. WASECA,

Respondents.

CIVIL NO. 01-1998 (RHK/JMM)

**AMENDED** ORDER/NOTICE OF HEARING

The above matter came on before the undersigned upon the February 25, 2002 Letter Request of Petitioner's Counsel, Katherine Menendez, for oral argument on the Petition for Habeas Corpus.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the February 25, 2002 Letter Request of Petitioner's Counsel, Katherine Menendez, for oral argument on the Petition for Habeas Corpus is granted. Oral argument will be heard before the undersigned on **March 27, 2002 at 11:00 a.m.** in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. Only counsel shall attend.

Dated: February 28, 2002

JOHN M. MASON
United States Magistrate Judge

FILED FEB 2 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK