# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert L. ARctic

Plaintiff

v.

Rob Mundt, and
F.C.I. Waseca

Defendants

Case No. Civil 01-1998 RHK/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the objections are overruled. The Report and Recommendation is adopted. The application for a writ of habeas corpus is denied.

DATE: September 19, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

30